**ORIGINAL**

**RECEIPT FOR PAYMENT**

# United States Court of Appeals
# For The Federal Circuit

OFFICE OF THE CLERK

Received From: Quinn Emanuel Urquhart & Sullivan LLP (NAME)
San Francisco, CA (ADDRESS)

(DATE) 6/2/15

## NON-APPROPRIATED ACCOUNT

| Description | AMOUNT |
|---|---|
| Admission Fee | |
| Partial Filing Fee 15-138 | 450 00 |
| Additional filing Fee reciept # 29932 | |
| Duplicate Cert. of Admission | |
| | |
| | |
| | |
| | |
| **TOTAL** | **450 00** |

Clerk ☐
Deputy Clerk ☑ JW 57743
☐

Cash ☐   Check ☑   MONEY ORDER ☐

29933           41983