**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Brite Smart Corporation   v. Google Inc.

No. 2015-___

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Google Inc.
                                Name of party

I am, or the party I represent is (select one):

☑ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | David A. Perlson |
| Law firm: | Quinn Emanuel Urquhart & Sullivan LLP |
| Address: | 50 California Street, 22nd Floor |
| City, State and ZIP: | San Francisco, CA 94111 |
| Telephone: | (415) 875-6600 |
| Fax #: | (415) 875-6700 |
| E-mail address: | davidperlson@quinnemanuel.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 11, 2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

_6/1/2015_                         _/s/ David Perlson_
Date                               Signature of pro se or counsel

cc: see attached

# CERTIFICATE OF SERVICE

**United States Court of Appeals
for the Federal Circuit**
No. _____

-----------------------------------------------------------------)
IN RE GOOGLE INC.

              Petitioner,

-----------------------------------------------------------------)

    I, John C. Kruesi, Jr., being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

    Counsel Press was retained by QUINN EMANUEL URQUHART & SULLIVAN, LLP, attorneys for Petitioner to print this document. I am an employee of Counsel Press.

    On the **1st Day of June, 2015**, I served the within **Entry of Appearance** upon:

| | |
|---|---|
| Robert D. Katz | Stafford Davis |
| KATZ PLLC | THE STAFFORD DAVIS FIRM, PC |
| 6060 N. Central Expressway, | 305 South Broadway |
| Suite 560 Dallas, TX 75206 | Suite 406 |
| Phone: (214) 865-8000 | Tyler, TX 75702 |
| Email: rkatz@katzlawpllc.com | Phone: (903) 593-7000 |
| | Fax: (903) 703-7369 |
| | Email: sdavis@stafforddavisfirm.com |

**via Express Mail and E-Mail,** by causing a true copy to be deposited, enclosed in a properly addressed wrapper, in an official depository of the U.S. Postal Service.

    Additional, a copy will be sent to these U.S. District Judges:

| | |
|---|---|
| The Honorable Roy Payne | The Honorable Rodney Gilstrap |
| Sam B. Hall, Jr. Federal Building | Sam B. Hall, Jr. Federal Building |
| and United States Courthouse | and United States Courthouse |
| 100 East Houston Street | 100 East Houston Street |
| Marshall, TX 75670 | Marshall, Texas 75670 |

**via Express Mail,** by causing a true copy to be deposited, enclosed in a properly addressed wrapper, in an official depository of the U.S. Postal Service.

     Unless otherwise noted, the required copies and a pdf copy on disk, have been hand-delivered to the Court on the same date as above.

June 1, 2015

                                                                       John C. Kruesi, Jr.
                                                                      Counsel Press