# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
*In Re Google, Inc. Misc. No.*

| | |
|---|---|
| **BRITE SMART CORP.,**<br><br>PLAINTIFF<br><br>V.<br><br>**GOOGLE INC.,**<br><br>DEFENDANT. | **Civil Action No. 2:14-cv-00760-JRG**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4(a) and Federal Rule of Appellate Procedure 26.1, counsel for Petitioner Google Inc. certifies the following.

1. The full name of every party represented by the undersigned is Google Inc.

2. There are no other real parties in interest represented by the undersigned.

3. There are no parent corporations or publicly held companies that own 10 percent or more of the stock of the party represented by the undersigned.

1

4. The names of all law firms and the partners or associates that appeared for the party now represented by the undersigned in the trial court or agency, or are expected to appear in this Court, are:

Quinn Emanuel Urquhart & Sullivan LLP:  David A. Perlson, Michelle A. Clark, Antonio Sistos, Miles D. Freeman, and William O. Cooper ;

Potter Minton:  Michael E. Jones, Allen F. Gardner, and Patrick C. Clutter IV;

Mayer Brown LLP: John P. Mancini, Amr O. Aly, Ann Marie Duffy, and Saqib J. Siddiqui.

Date:  June 1, 2015

Respectfully submitted,

*/s/ David A. Perlson*
David A. Perlson
Michelle Ann Clark
davidperlson@quinnemanuel.com
michelleclark@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-670

ATTORNEYS FOR DEFENDANT
Google Inc.

# CERTIFICATE OF SERVICE

𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
𝔣𝔬𝔯 𝔱𝔥𝔢 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 𝔆𝔦𝔯𝔠𝔲𝔦𝔱
No. _____
-----------------------------------------------------------------)
IN RE GOOGLE INC.
             Petitioner,
-----------------------------------------------------------------)

I, John C. Kruesi, Jr., being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by QUINN EMANUEL URQUHART & SULLIVAN, LLP, attorneys for Petitioner to print this document. I am an employee of Counsel Press.

On the **1st Day of June, 2015**, I served the within **Certificate of Interest** upon:

| | |
|---|---|
| Robert D. Katz | Stafford Davis |
| KATZ PLLC | THE STAFFORD DAVIS FIRM, PC |
| 6060 N. Central Expressway, | 305 South Broadway |
| Suite 560 Dallas, TX 75206 | Suite 406 |
| Phone: (214) 865-8000 | Tyler, TX 75702 |
| Email: rkatz@katzlawpllc.com | Phone: (903) 593-7000 |
| | Fax: (903) 703-7369 |
| | Email: sdavis@stafforddavisfirm.com |

**via Express Mail and E-Mail,** by causing a true copy to be deposited, enclosed in a properly addressed wrapper, in an official depository of the U.S. Postal Service.

Additional, a copy will be sent to these U.S. District Judges:

| | |
|---|---|
| The Honorable Roy Payne | The Honorable Rodney Gilstrap |
| Sam B. Hall, Jr. Federal Building | Sam B. Hall, Jr. Federal Building |
| and United States Courthouse | and United States Courthouse |
| 100 East Houston Street | 100 East Houston Street |
| Marshall, TX 75670 | Marshall, Texas 75670 |

**via Express Mail,** by causing a true copy to be deposited, enclosed in a properly addressed wrapper, in an official depository of the U.S. Postal Service.

  Unless otherwise noted, the required copies and a pdf copy on disk, have been hand-delivered to the Court on the same date as above.

June 1, 2015

                  _____
                  John C. Kruesi, Jr.
                  Counsel Press