NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: GOOGLE INC.,**
*Petitioner*

---

2015-138

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:14-cv-00760-JRG-RSP, Magistrate Judge Roy S. Payne.

---

**ON PETITION**

---

Per Curiam.

**O R D E R**

Google Inc. submits a petition for writ of mandamus to direct the United States District Court for the Eastern District of Texas to (1) rule on Google's pending motion to transfer the case and (2) stay proceedings pending final resolution of that motion.

Upon consideration thereof,

It Is Ordered That:

Brite Smart Corp. is directed to respond to the petition no later than seven days after the issuance of this

order. Any reply by Google is due no later than three days from the date of service of that response.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court

s24